**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Guadalupe VENEGAS, Defendant–**
**Appellant**

**No. 15–50978**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 07/28/2016

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee

Guadalupe Venegas, Pro Se

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Guadalupe Venegas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Venegas has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Venegas's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to

withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be